UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARIAN KAZIMI, <br><br> Plaintiff, <br><br> v. <br><br> POLSKIE LINIE LOTNICZE LOT S.A., <br><br> Defendant. | Case No. 2:25-cv-07235-SB-JC <br><br> ORDER TO SHOW CAUSE |

    Plaintiff filed her complaint against Defendant Polskie Linie Lotnicze Lot S.A. on August 5, 2025.  On December 8, 2025, Plaintiff served Defendant.  *See* Dkt. No. 21.  Defendant failed to timely respond, and Plaintiff has not sought entry of default against Defendant.  Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than January 20, 2026, why her claims should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before January 20, 2026, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims.

Date: January 12, 2026

                                               Stanley Blumenfeld, Jr.
                                              United States District Judge